

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-MJ-00123 SMS |
| Plaintiff, | ) |
| v. | ) ORDER TO UNSEAL COMPLAINT AND ) AFFIDAVIT |
| MARIA INES RANGEL-LEMUS, and CESAR PEREZ SANCHEZ | ) ) ) |
| Defendants. | ) |

The complaint and supporting affidavit in this case having been sealed by order of this Court on May 27, 2010, and it appearing that such complaint and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and supporting affidavit be unsealed and made public record.

DATED: 6/3/10

UNITED STATES MAGISTRATE JUDGE

2