DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CESAR PEREZ SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00246 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE: July 30, 2010 |
| MARIA INES RANGEL-LEMUS, | TIME: 9:00 A.M. |
| CESAR PEREZ SANCHEZ, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 2, 2010, **may be continued to July 30, 2010 at 9:00 A.M.**

This continuance is at the request of all counsel to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.  Currently, the government is preparing a forensic report regarding a computer seized in this case.  This discovery is necessary to ascertain the proper applicable guideline calculation.  The government anticipates this additional discovery will be completed by the end of the week.  Counsel for the defense will then need time to review it.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).  Defense counsel has contacted Nicholas Reyes, Attorney for co-defendant Maria Ines Rangel-Lemus, who also joins in this request.

        BENJAMIN B. WAGNER
        United States Attorney

DATED: June 29, 2010    By:   /s/ Susan Phan
        SUSAN PHAN
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: June 29, 2010    By:   /s/ Charles J. Lee
        CHARLES J. LEE
        Assistant Federal Defender
        Attorney for Defendant
        CESAR PEREZ SANCHEZ

DATED: June 29, 2010    By:   /s/ Nicholas Reyes
        NICHOLAS REYES
        Attorney for Defendant
        MARIA INES RANGEL-LEMUS

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    June 29, 2010**       /s/ Lawrence J. O'Neill
        UNITED STATES DISTRICT JUDGE