UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:10-CR-246-001-LJO** |
| ) | |
| ) | **ORDER ON STIPULATION** |
| Plaintiff, ) | **TO CONTINUE SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| MARIA RANGEL-LEMUS ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for February 11, 2011 at 8:30a.m. be continued to February 25, 2011 at 8:30a.m. before the Honorable Judge Lawrence J. O'Neill.  Good Cause has been stated in the stipulation of Counsel.

IT IS SO ORDERED.

Dated:   January 25, 2011              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE