UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        Plaintiff,                                  )<br>)<br>    v.                                                )<br>)<br>MARIA RANGEL-LEMUS                  )<br>)<br>        Defendant.                              )<br>_____) | **CASE NO. 1:10-CR-246-001-LJO**<br><br>**ORDER ON STIPULATION**<br>**TO CONTINUE SENTENCING** |

IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for February 25, 2011 at 8:30a.m. be continued to March 11, 2011 at 8:30a.m. before the Honorable Judge Lawrence J. O'Neill.  Illness establishes the GOOD CAUSE.

IT IS SO ORDERED.

**Dated:    February 24, 2011**            /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE