BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
HEATHER MARDEL JONES
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
(559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00246-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARIA INES RANGEL-LEMUS, and | |
| CESAR PEREZ SANCHEZ aka Cesar Saul Sanchez-Perez, | |
| Defendants. | |

WHEREAS, or about February 23 and March 17, 2011, this Court entered Judgment and Commitments as to defendants Maria Ines Rangel-Lemus and Cesar Perez Sanchez aka Cesar Saul Sanchez-Perez, respectively, adjudicating forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(c), 982(a)(2)(B), and 28 U.S.C. § 2461(c), based upon the criminal forfeiture allegation in the Indictment and subsequent plea agreements entered into between plaintiff and defendants Maria Ines Rangel-Lemus and Cesar Perez Sanchez aka Cesar Saul Sanchez-Perez, in the following property:

    a)    Compaq Laptop Presario;
    b)    10Mega Portable Hard Drive;

      c)    Box of heatseal laminating pockets;
      d)    Apple iPhone;
      e)    Emachines desktop computer;
      f)    Generic black desktop computer;
      g)    Samsung T Mobile;
      h)    Nokia T Mobile;
      i)    Fuji digital camera;
      j)    Approximately $1,722.00 in U.S. Currency seized from Cesar Perez Sanchez; and,
      k)    Approximately $4,400.00 in U.S. Currency seized from Maria Rangel-Lemus.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982(a)(2)(B), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Maria Ines Rangel-Lemus and Cesar Perez Sanchez aka Cesar Saul Sanchez-Perez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   September 21, 2011**         /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE