**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>) **Docket No.: 1:10CR00246-001**<br>MARIA INES RANGEL-LEMUS  )<br>) | |

On March 11, 2011, the above-named was placed on Supervised Release for a period of 3 years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Yasmin Villegas

**YASMIN VILLEGAS**
Senior United States Probation Officer

Dated:   March 17, 2015
         Visalia, California
         YV


             /s/ Lonnie E. Stockton
**REVIEWED BY:**   **LONNIE E. STOCKTON**
             Supervising United States Probation Officer

1

**Re:** **First Name Middle Name Last Name Generation**
**Docket No:   Docket-Defendant 3 Digits**
**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Maria Ines Rangel-Lemus  be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **March 17, 2015**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

cc:     AUSA- Mark E. Cullers
        FLU Unit – United States Attorney's Office
        Fiscal Clerk - Clerk's Office
        Supervisee - Maria Ines Rangel-Lemus